IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR23 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHELLE MARIE WATERS, | ) | ORDER AND JUDGMENT |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED that defendant's motion to reduce sentence in conformance with the Fair Sentencing Act of 2010 and current United States Sentencing Guidelines (Filing No. 31) is denied.

DATED this 8th day of November, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court